# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICHARD BELL**                                                                        **PETITIONER**
**ADC #137259**

**V.**                      **NO: 5:08CV00340 JMM-BD**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                 **RESPONDENT**

## ORDER

Pending is Petitioner's motion to withdraw his Petition for Writ of Habeas Corpus. (Docket # 15). For good cause shown, the motion is granted. Petitioner's petition for writ of habeas corpus is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 15th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE